### 13313.  HURST *v.* THE STATE.

LUKE, J. The special grounds of the motion for a new trial, when the charge of the court is considered in its entirety and as adjusted to the evidence, is without merit.

There is some evidence to authorize the verdict, and, the verdict having the approval of the trial judge, it was not error to overrule the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED APRIL 11, 1922.

Accusation of possessing liquor; from city court of Wrightsville — Judge Sturgis presiding. December 20, 1921.

  *B. B. Blount,* for plaintiff in error.

  *W. C. Brinson, solicitor,* contra.